No. 98–5957. NORRIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5961. TATUM *v.* CORRECTIONAL MEDICAL SYSTEMS ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 98–5962. TYLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5964. RICE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5971. GANTT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–5972. GRANT-CHASE *v.* RISLEY, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 98–5974. HICKS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5975. GARCIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–5978. BERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5990. SALLEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–5998. ABBOTT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6002. VISCOME *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6006. LOMELI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6014. REES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6015. SPRATT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6029. MURPHY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.